IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE FORD FIELD & RIVER CLUB, INC., and THE FORD FIELD & RIVER ASSOCIATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN C. SCHRAM and SCHRAMCO, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. CV422-135 |

## ORDER

Before the Court is Plaintiffs' Notice of Voluntary Dismissal. (Doc. 6.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because Defendants have filed neither an answer nor a motion for summary judgment in this case, Plaintiffs' request (Doc. 6) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of August 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA